FILED

05/19/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0083

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Case No. DA 20-0083

_____

STATE OF MONTANA, by and through the DEPARTMENT OF NATURAL RESOURCES AND CONSERVATION, for and on behalf of the BOARD OF LAND COMMISSIONERS, and THE OFFICE OF THE ATTORNEY GENERAL,

Plaintiffs/Appellees/Cross-Appellants,

-vs-

GREENFIELDS IRRIGATION DISTRICT, BOARD OF COMMISSIONERS OF GREENFIELDS IRRIGATIONDISTRICT,

Defendants/Appellants/Cross-Appellees.

_____

## ORDER GRANTING STAY OF APPEAL AND CROSS-APPEAL

## PENDING SETTLEMENT

_____

Upon consideration of the Parties stipulated motion to Stay this Appeal and Cross-Appeal pending ongoing settlement negotiations, and good cause appearing therefore:

IT IS HEREBY ORDERED that the Parties' Motion is granted. This matter shall be stayed up to and including June 19, 2021.


c: Brian C. Bramblett; Barbara Chillcott; Jeremiah Langston; Jon Metropoulos; KD Feeback;

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 19 2021